# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-149

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Illustration print for t-shirt with game joystick |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 04, 2021 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Viktoriia Lazareva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Viktoriia Lazareva |
| | 49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Viktoriia Lazareva |
| **Email:** | artlavidesign@gmail.com |
| **Address:** | 49098 Malinovskogo St., Apt. 146 |
| | Dnipro 49098 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |
| **Applicant's Tracking Number:** | VL2025052343 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-449-598

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
June 20, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Bright pattern with hearts fashion style |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | February 16, 2022 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| **Author:** | Viktoriia Lazareva |
| **Pseudonym:** | artlavi design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Viktoriia Lazareva |
| | 49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Viktoriia Lazareva |
| **Email:** | artlavidesign@gmail.com |
| **Address:** | 49098 Malinovskogo St., Apt. 146 |
| | Dnipro 49098 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |

Page 1 of 2

**Applicant's Tracking Number**: VL2025052313



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-020

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

**Title of Work:**  Seamless pattern with pineapples, strawberries and oranges on white background

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 05, 2018
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Viktoriia Lazareva
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:** Viktoriia Lazareva
**Email:** artlavidesign@gmail.com
**Address:** 49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:** David Denholm
**Date:** May 26, 2025

Page 1 of 2

**Applicant's Tracking Number:**    VL2025052352



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-692

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:** Abstract seamless chaotic pattern with urban graffiti words, scuffed and sprays

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 10, 2021
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Viktoriia Lazareva
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:** Viktoriia Lazareva
**Email:** artlavidesign@gmail.com
**Address:** 49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** VL2025052306

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-700

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Happy new year and Merry Christmas seamless pattern print

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 03, 2021
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Viktoriia Lazareva
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:** Viktoriia Lazareva
**Email:** artlavidesign@gmail.com
**Address:** 49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** VL2025052341



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-811

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Dinosaur footprint tracks |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | October 19, 2021 |
| **Nation of 1ˢᵗ Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Viktoriia Lazareva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Viktoriia Lazareva |
| | 49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Viktoriia Lazareva |
| **Email:** | artlavidesign@gmail.com |
| **Address:** | 49098 Malinovskogo St., Apt. 146 |
| | Dnipro 49098 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |
| **Applicant's Tracking Number:** | VL2025052324 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-688

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:**   Watermelon, strawberries and oranges on blue background pattern

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   September 25, 2019
**Nation of 1st Publication:**   Ukraine

## Author

• **Author:**   Viktoriia Lazareva
**Author Created:**   2-D artwork
**Citizen of:**   Ukraine

## Copyright Claimant

**Copyright Claimant:**   Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:**   Viktoriia Lazareva
**Email:**   artlavidesign@gmail.com
**Address:**   49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:**   David Denholm
**Date:**   May 26, 2025
**Applicant's Tracking Number:**   VL2025052370



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-458-808

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Fashion abstract seamless pattern with cat donuts |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 28, 2022 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Viktoriia Lazareva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Viktoriia Lazareva |
| | 49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Viktoriia Lazareva |
| **Email:** | artlavidesign@gmail.com |
| **Address:** | 49098 Malinovskogo St., Apt. 146 |
| | Dnipro 49098 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |
| **Applicant's Tracking Number:** | VL2025052327 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-148

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
July 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Pattern for Princess girl with hearts, love, crown, star, flower and other elements for princess on pink Background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 12, 2016 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Viktoriia Lazareva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Viktoriia Lazareva |
| | 49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Viktoriia Lazareva |
| **Email:** | artlavidesign@gmail.com |
| **Address:** | 49098 Malinovskogo St., Apt. 146 |
| | Dnipro 49098 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |

Page 1 of 2

**Applicant's Tracking Number:**   VL2025052346



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-745

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cool background on comics style for teen girl |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 08, 2019 |
| **Nation of 1st Publication:** | Ukraine |

## Author

| | |
|---|---|
| • **Author:** | Viktoriia Lazareva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Viktoriia Lazareva |
| | 49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Viktoriia Lazareva |
| **Email:** | artlavidesign@gmail.com |
| **Address:** | 49098 Malinovskogo St., Apt. 146 |
| | Dnipro 49098 Ukraine |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |
| **Applicant's Tracking Number:** | VL2025052321 |

Page 1 of 2



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-710

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:**   Urban style modern background with skateboards cool style

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   April 07, 2020
**Nation of 1st Publication:**   Ukraine

## Author

- **Author:**   Viktoriia Lazareva
  **Author Created:**   2-D artwork
  **Citizen of:**   Ukraine

## Copyright Claimant

**Copyright Claimant:**   Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:**   Viktoriia Lazareva
**Email:**   artlavidesign@gmail.com
**Address:**   49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:**   David Denholm
**Date:**   May 26, 2025
**Applicant's Tracking Number:**   VL2025052367



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-715

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

## Title
___

| | |
|---|---|
| **Title of Work:** | Urban elements, flowers in Bright colors |

## Completion/Publication
___

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 03, 2017 |
| **Nation of 1st Publication:** | Ukraine |

## Author
___

| | |
|---|---|
| • **Author:** | Viktoriia Lazareva |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant
___

| | |
|---|---|
| **Copyright Claimant:** | Viktoriia Lazareva |
| | 49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine |

## Rights and Permissions
___

| | |
|---|---|
| **Name:** | Viktoriia Lazareva |
| **Email:** | artlavidesign@gmail.com |
| **Address:** | 49098 Malinovskogo St., Apt. 146 |
| | Dnipro 49098 Ukraine |

## Certification
___

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 26, 2025 |
| **Applicant's Tracking Number:** | VL2025052356 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-739

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

## Title

**Title of Work:**  Chaotic leopard print with hearts elements fashion style pattern

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  April 22, 2020
**Nation of 1st Publication:**  Ukraine

## Author

- **Author:**  Viktoriia Lazareva
  **Author Created:**  2-D artwork
  **Citizen of:**  Ukraine

## Copyright Claimant

**Copyright Claimant:**  Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:**  Viktoriia Lazareva
**Email:**  artlavidesign@gmail.com
**Address:**  49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:**  David Denholm
**Date:**  May 26, 2025
**Applicant's Tracking Number:**  VL2025052316

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-694

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:** Abstract seamless urban geometric elements, graffiti, words, and stars pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 16, 2018
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Viktoriia Lazareva
 **Author Created:** 2-D artwork
 **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:** Viktoriia Lazareva
**Email:** artlavidesign@gmail.com
**Address:** 49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** VL2025052310



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-740

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:** Chaotic pattern with urban elements, graffiti words

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 04, 2022
**Nation of 1ˢᵗ Publication:** Ukraine

## Author

- **Author:** Viktoriia Lazareva
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:** Viktoriia Lazareva
**Email:** artlavidesign@gmail.com
**Address:** 49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** VL2025052317

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-742

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

**Title of Work:** Chaotic pattern with urban geometric elements, scuffed, drops, spots, and sprays

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 19, 2016
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Viktoriia Lazareva
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Viktoriia Lazareva
49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions

**Name:** Viktoriia Lazareva
**Email:** artlavidesign@gmail.com
**Address:** 49098 Malinovskogo St., Apt. 146
Dnipro 49098 Ukraine

## Certification

**Name:** David Denholm
**Date:** May 26, 2025
**Applicant's Tracking Number:** VL2025052318



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-464-023

**Effective Date of Registration:**
May 26, 2025
**Registration Decision Date:**
September 19, 2025

---

## Title
 

        **Title of Work:**   Abstract seamless pattern for little girls with colorful funny cats in sunglasses

## Completion/Publication
 

        **Year of Completion:**   2020
     **Date of 1st Publication:**   April 29, 2020
   **Nation of 1st Publication:**   Ukraine

## Author
 

-        **Author:**   Viktoriia Lazareva
    **Author Created:**   2-D artwork
       **Citizen of:**   Ukraine

## Copyright Claimant
 

    **Copyright Claimant:**   Viktoriia Lazareva
                49098 Malinovskogo St., Apt. 146, Dnipro, 49098, Ukraine

## Rights and Permissions
 

        **Name:**   Viktoriia Lazareva
       **Email:**   artlavidesign@gmail.com
    **Address:**   49098 Malinovskogo St., Apt. 146
                Dnipro 49098 Ukraine

## Certification
 

        **Name:**   David Denholm
         **Date:**   May 26, 2025
 **Applicant's Tracking Number:**   VL2025052309

Page 1 of 2

